Slip Op. 06 - 113

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

|  |  |  |
|---|---|---|
| AGRO DUTCH INDUSTRIES, LTD., | : | |
| Plaintiff, | : | |
| v. | : | **Before: MUSGRAVE, Judge** |
| | : | Court No. 04-00493 |
| UNITED STATES, | : | |
| Defendant, | : | |
| and | : | |
| COALITION FOR FAIR MUSHROOM TRADE, | : | |
| Defendant-Intervenor. | : | |

**JUDGMENT**

This matter having been submitted for decision, and the Court having duly deliberated and now concluding that the second *Results of Redetermination Pursuant to Remand* dated July 19, 2006, in which the defendant explains that the lines of computer programming described in Slip Op. 06-96 (June 23, 2006) accomplishes both a circumstance-of-sale adjustment for differences in commissions pursuant to 19 C.F.R. § 351.410(b) as well as the 351.410(e) adjustment at issue (*i.e.*, commissions paid in one market but not the other), are reasonable, and upon all other papers and proceedings, now, therefore, in view of the foregoing, it is hereby

**ORDERED** that judgment be, and it hereby is, rendered in favor of defendant, and it is further

**ORDERED** that *Certain Preserved Mushrooms From India: Final Results of Antidumping Duty Administrative Review*, 69 Fed. Reg. 51630 (Aug. 20, 2004), *as amended* 69 Fed. Reg. 55405 (Sep. 14, 2004) be, and they hereby are, sustained, and it is further

**ORDERED** that all issues having been decided, this matter is concluded.

/s/ R. Kenton Musgrave
Dated: July 25, 2006                    R. KENTON MUSGRAVE, JUDGE
New York, New York